B2500A (Form 2500A) (12/15) (OHSB Version)

# United States Bankruptcy Court
# Southern District Of Ohio

| | | |
|---|---|---|
| In re: | ) | Case No. |
|     Debtor(s) | ) | |
| | ) | Chapter |
|     Plaintiff(s) | ) | |
|     v. | ) | Adv. Proc. No. |
| | ) | |
|     Defendant(s) | ) | |

**SUMMONS IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:


At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:


If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued:

/s/ Richard B. Jones, Clerk of Court

NOTE: Plaintiff must file a copy of the completed summons with the court via CM/ECF.