**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**

Plaintiff: BLACK DIAMOND COMMERCIAL FINANCE, L.L.C.,

vs.

Defendant: U.S. BANK, N.A., et al.

Adversary Case No. 19-2143

# CERTIFICATE OF SERVICE

I, John Cannizzaro (name), certify that service of this summons and a copy of the complaint was made November 25, 2019 (date) by:

| | |
|---|---|
| ☐ **Mail service**: Regular, first class United States mail, postage fully pre-paid, addressed to: | |
| ☐ **Personal Service**: By leaving the process with the defendant or with an officer or agent of defendant at: | |
| ☐ **Residence Service**: By leaving the process with the following adult at: | |
| ☒ **Certified Mail Service on an Insured Depository Institution**: By sending the process by certified mail addressed to the following officer of the defendant at: | U.S. BANK, N.A.<br>Attn: Andrew Cecere, President and CEO<br>U.S. Bancorp Center<br>800 Nicollet Mall<br>Minneapolis, MN 55402<br><br>U.S. BANK, N.A.<br>Attn: Rick Prokosch, Vice President<br>60 Livington Avenue<br>EP-MN-WS3C<br>St. Paul, MN 55107-2292 |
| ☐ **Publication**: The defendant was served as follows: [Describe briefly] | |
| ☐ **State Law**: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly] | |

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: November 25, 2019
Signature: /s/ John C. Cannizzaro
Print Name: John C. Cannizzaro
Business Address: ICE MILLER LLP
250 West Street Suite 700
Columbus, OH 43215

B2500A (Form 2500A) (12/15) (OHSB Version)

# United States Bankruptcy Court
## Southern District Of Ohio

In re: **Murray Energy Holdings Co., et al.,**　　　　　　　　　　Case No. **19-56885 (JEH)**

　　　　　　Debtor(s)

**Black Diamond Commercial Finance, L.L.C.,**　　　　　Chapter **11**

　　　　　　Plaintiff(s)

　　　　　　v.　　　　　　　　　　　　　　　　　　　　　Adv. Proc. No. **19-2143 (JEH)**

**U.S. Bank, N.A., et al.,**

　　　　　　Defendant(s)

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:　　　　　　　　**U.S. Bankruptcy Court Clerk's Office**
　　　　　　　　　　　　　　　　　　　**170 N. High Street**
　　　　　　　　　　　　　　　　　　　**Columbus, OH 43215**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:　　　**Tyson A. Crist**
　　　　　　　　　　　　　　　　　　　　　　　**ICE MILLER LLP**
　　　　　　　　　　　　　　　　　　　**250 West Street, Suite 700**
　　　　　　　　　　　　　　　　　　　**Columbus, OH 43215**

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date Issued:　**November 25, 2019**



/s/ Richard B. Jones, Clerk of Court

NOTE: Plaintiff must file a copy of the completed summons with the court via CM/ECF.