**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: November 25, 2019**

John E. Hoffman, Jr.
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MURRAY ENERGY HOLDINGS CO., *et al.*, | ) | Case No. 19-56885 (JEH) |
| | ) | |
| Debtors. | ) | Judge John E. Hoffman, Jr. |
| | ) | |
| BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., as Administrative Agent, | ) ) ) | Adv. Pro. No. 19-2143 (JEH) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) ) | |
| MURRAY ENERGY CORP., et al. | ) ) | |
| Defendants. | ) | |

ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE (Doc. 4)

The Motion for Admission Pro Hac Vice filed by the attorney below is granted.

| | |
|---|---|
| Attorney Name | Ariel N. Lavinbuk |
| Name of Law Firm | Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP |
| Street Address | 2000 K Street NW, 4th Floor |
| City, State, and Zip Code | Washington, DC 20006 |
| Telephone Number | 202.775.4515 |
| Facsimile Number | 202.775.4510 |
| Email Address | alavinbuk@robbinsrussell.com |
| State Bar Number | 982195 |

This Order shall be served only on CM/ECF participants.

**SO ORDERED.**