## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| MURRAY ENERGY HOLDINGS CO., *et al.*,[1] | Case No. 19-56885 (JEH) (Joint Administration Granted) |
| Debtors. | Judge John E. Hoffman, Jr. |
| BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., as Administrative Agent, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 19-02143 |
| MURRAY ENERGY CORP., MURRAY ENERGY HOLDINGS CO., GLAS TRUST COMPANY LLC, and U.S. BANK, N.A., | |
| Defendants. | |

## JOINT STIPULATION TO ENTRY OF AN AGREED ORDER
## EXTENDING RESPONSE TIME AND SETTING BRIEFING SCHEDULE

1.      The debtors in the above-captioned bankruptcy proceeding (each a "Debtor" and

collectively, the "Debtors"), along with Black Diamond Commercial Finance, L.L.C., as

Administrative Agent ("Plaintiff"), and Debtor Murray Energy Corp., Debtor Murray Energy

Holdings Co., GLAS Trust Company LLC, as administrative agent, and U.S. Bank, N.A., as

collateral trustee (collectively, "Defendants", and together with the Debtors and Plaintiff, the

---

[1]      Due to the large number of Debtors in these chapter 11 cases, a complete list a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. Such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/MurrayEnergy. The location of Debtor Murray Energy Holdings Co.'s principal place of business and the Debtors' service address in these chapter 11 cases is 46226 National Road, St. Clairsville, Ohio 43950.

"Parties"), hereby stipulate and jointly request that this Court enter an order substantially in the form attached hereto as **Exhibit A** (the "Agreed Order").

2.       On October 29, 2019, the Debtors commenced cases under chapter 11 of title 11 of the U.S. Code (the "Chapter 11 Cases").  The Chapter 11 Cases are jointly administered as captioned above.  *See* Order (i) Directing Joint Administration of Chapter 11 Cases and (ii) Granting Related Relief [Related to Docket Nos. 2, 63], Case No. 19-56885, Dkt. No. 112.

3.       On November 20, 2019, Plaintiff commenced the above-captioned adversary proceeding against Defendants (the "Adversary Proceeding") by filing a complaint [Dkt. No. 1] (the "Complaint").

4.       Each Defendant has been duly served with the Complaint and a summons, in accordance with Rule 7004 of the Federal Rules of Bankruptcy Procedure, and Murray Energy Corp.'s current deadline to respond under Rule 7012 of the Federal Rules of Bankruptcy Procedure ("Rule 7012") is December 20, 2019, and each of the remaining Defendants' current deadline to respond under Rule 7012 is December 26, 2019.

5.       The Parties agree that an extension of time for Defendants to answer or otherwise respond to the Complaint, pursuant to Rule 7012, is warranted under the complex circumstances present in the Adversary Proceeding.

6.       The Parties also agree that an extension of time is warranted to the extent Plaintiff files a motion seeking derivative standing to pursue the claims in the Complaint (the "Standing Motion"), but that nothing in this stipulation and/or the Agreed Order shall be construed to suggest that the claims are in fact derivative or that the Plaintiff is otherwise required to file a Standing Motion.  All parties reserve all rights with respect to any and all arguments related to

both the Standing Motion and the Plaintiff's ability to commence and prosecute this Adversary

Proceeding.

7.       As set forth in the Agreed Order, the Parties stipulate and agree that: (a) each of

the Defendants' time, pursuant to Rule 7012, to serve and file an answer or to otherwise respond

to the Complaint shall be extended through and including **January 17, 2020**; (b) Plaintiff shall

have through and including **February 7, 2020** to file any opposition to Defendants'

response/answer to the Complaint, as applicable; and (c) Defendants shall have through and

including **February 21, 2020** to file any reply in further support of its response/answer.

8.       Defendants presently contemplate that they will file a consolidated response to the

Complaint.

9.       The Parties further stipulate and agree that Plaintiff shall have through and

including **January 27, 2020** to file its Standing Motion (if any).

10.      This stipulation to the Agreed Order comprises the first request of the Parties in

the Adversary Proceeding for an extension of time.  Unless otherwise specifically prescribed

herein, all filings addressed by this stipulation (including pleading deadlines, to the extent not

provided for herein) will conform with the Federal Rules of Bankruptcy Procedure, the Court's

Local Rules and the Order Implementing Certain Notice and Case Management Procedures

[Related to Docket No. 22], Case No. 19-56885, Dkt. No. 113, unless the Parties obtain leave of

Court.

11.      This stipulation will be filed both on the consolidated docket of the Chapter 11

Cases and on the docket for the Adversary Proceeding.

Dated: December 9, 2019
     Columbus, Ohio

Respectfully submitted,

/s/ *Tyson A. Crist*
Tyson A. Crist (0071276)
John C. Cannizzaro (0085161)
ICE MILLER LLP
250 West Street, Suite 700
Columbus, OH  42315
Telephone: (614) 462-2243
Facsimile:  (614) 224-3266
  Tyson.Crist@icemiller.com
  John.Cannizzaro@icemiller.com

- and -

Lawrence S. Robbins (*pro hac vice*)
Kathryn S. Zecca (*pro hac vice*)
Arial N. Lavinbuk (*pro hac vice*)
Jack A. Herman (*pro hac vice*)
ROBBINS, RUSSELL, ENGLERT,
  ORSECK, UNTEREINER & SAUBER LLP
2000 K Street, N.W., 4th Floor
Washington, DC  20006
Telephone: (202) 775-4500
Facsimile:  (202) 775-4510
  lrobbins@robbinsrussell.com
  kzecca@robbinsrussell.com
  alavinbuk@robbinsrussell.com
  jherman@robbinsrussell.com

*Counsel to Black Diamond Commercial*
*Finance L.L.C.*

/s/ *Douglas L. Lutz*
Douglas L. Lutz (0064761)
A.J. Webb (0093655)
Bryan J.K. Sisto (0088143)
FROST BROWN TODD LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH  45202
Telephone: (513) 651-6800
Facsimile:  (513) 651-6981
  dlutz@fbtlaw.com
  awebb@fbtlaw.com
  bsisto@fbtlaw.com

- and -

Andrew Goldman (*pro hac vice*)
Craig Goldblatt (*pro hac vice* to be filed)
Benjamin Loveland (*pro hac vice*)
Christopher D. Hampson (*pro hac vice* to be filed)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
250 Greenwich Street
New York, NY  10007
Telephone: (212) 937-7518
Facsimile:  (212) 230-8888
  andrew.goldman@wilmerhale.com
  craig.goldblatt@wilmerhale.com
  benjamin.loveland@wilmerhale.com
  chris.hampson@wilmerhale.com

*Counsel to GLAS Trust Company LLC,*
*as Administrative Agent*

/s/ *Kim Martin Lewis*
Kim Martin Lewis (0043533)
Alexandra S. Horwitz (0096799)
DINSMORE & SHOHL LLP
255 East Fifth Street
Suite 1900
Cincinnati, OH  45202
Telephone: (513) 977-8200

4

Facsimile:  (513) 977-8141

- and -

Nicole L. Greenblatt
Mark McKane (*pro hac vice*)
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL
    LLP
601 Lexington Avenue
New York, NY  10022
Telephone: (212) 446-4800
Facsimile:  (212) 446-4900
    nicole.greenblatt@kirkland.com
    mmckane@kirkland.com

- and -

Ross M. Kwasteniet (*pro hac vice*)
Joseph M. Graham (*pro hac vice*)
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL
    LLP
300 North LaSalle
Chicago, IL  60654
Telephone: (312) 862-2000
Facsimile:  (312) 862-2200
    ross.kwasteniet@kirkland.com
    joe.graham@kirkland.com

*Counsel to Murray Energy Corp. and Murray
Energy Holdings Co. and Proposed Counsel
to the Debtors and Debtors in Possession*

/s/ *Eric Lopez Schnabel*
Eric Lopez Schnabel (*pro hac vice*)
Alessandra Glorioso (*pro hac vice*)
DORSEY & WHITNEY LLP
51 East 52nd Street
New York, NY  10019
Telephone: (212) 415-9200
    schnabel.eric@dorsey.com
    glorioso.alessandra@dorsey.com

*Counsel to U.S. Bank, N.A.,
as Collateral Trustee*

5

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing *Joint Stipulation to Entry of an Agreed Order Extending Response Time and Setting Briefing Schedule* was served electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court.


/s/ *Kim Martin Lewis*
Kim Martin Lewis