# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| In re:<br><br>MURRAY ENERGY HOLDINGS CO., *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 19-56885 (JEH)<br>)<br>) Judge John E. Hoffman, Jr.<br>)<br>) (Joint Administration Granted)<br>) |
| BLACK DIAMOND COMMERCIAL<br>FINANCE, L.L.C., as Administrative Agent,<br><br>Plaintiff,<br><br>v.<br><br>MURRAY ENERGY CORP.,<br>MURRAY ENERGY HOLDINGS CO.,<br>GLAS TRUST COMPANY LLC, and<br>U.S. BANK, N.A.,<br><br>Defendants. | )<br>)<br>) Adv. Pro. No. 19-02143<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE FIRST AMENDED COMPLAINT
### [RELATED TO DOCKET NO. 65]

The undersigned hereby certifies that on February 24, 2020, a copy of *Plaintiff's Memorandum in Opposition to Defendants' Motions to Dismiss the First Amended Complaint [Related to Docket Nos. 55, 58]* (Dkt. No. 65) filed by Plaintiff Black Diamond Commercial Finance, L.L.C., as Administrative Agent on said date was served (i) electronically through the

---

[1] Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. Such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/MurrayEnergy. The location of Debtor Murray Energy Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 46226 National Road, St. Clairsville, Ohio 43950.

CO\6389544.2

Court's ECF System on all ECF participants registered in this adversary proceeding at the email addresses registered with the Court, and (ii) by email in accordance with the Amended Case Management Order and Procedures (Dkt. No. 764, Case No. 19-56885) upon the attorneys representing each of the Defendants at the email addresses listed in the attached Service List.

Dated: February 24, 2020    ICE MILLER LLP

/s/ Tyson A. Crist
Tyson A. Crist (0071276)
John C. Cannizzaro (0085161)
250 West Street, Suite 700
Columbus, OH 43215
Telephone: (614) 462-2243
Facsimile: (614) 224-3266
Tyson.Crist@icemiller.com
John.Cannizzaro@icemiller.com

Lawrence S. Robbins
Ariel N. Lavinbuk
William J. Trunk
Jack A. Herman
ROBBINS, RUSSELL, ENGLERT,
ORSECK, UNTEREINER & SAUBER LLP
2000 K Street, N.W., 4th Floor
Washington, DC 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510
lrobbins@robbinsrussell.com
alavinbuk@robbinsrussell.com
wtrunk@robbinsrussell.com
jherman@robbinsrussell.com

*Counsel to Black Diamond Commercial Finance L.L.C., as Administrative Agent*

**SERVICE LIST**

Douglas L. Lutz
A.J. Webb
Bryan J.K. Sisto
FROST BROWN TODD LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202
  dlutz@fbtlaw.com
  awebb@fbtlaw.com
  bsisto@fbtlaw.com
*Counsel to Defendant, GLAS Trust Company LLC, as Administrative Agent*

Andrew Goldman (*pro hac vice*)
Craig Goldblatt (*pro hac vice*)
Benjamin Loveland (*pro hac vice*)
Christopher D. Hampson (*pro hac vice*)
Salvatore M. Daniele (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
250 Greenwich Street
New York, NY 10007
  andrew.goldman@wilmerhale.com
  craig.goldblatt@wilmerhale.com
  benjamin.loveland@wilmerhale.com
  chris.hampson@wilmerhale.com
  sal.daniele@wilmerhale.com
*Counsel to Defendant, GLAS Trust Company LLC, as Administrative Agent*

Kim Martin Lewis
Alexandra S. Horwitz
DINSMORE & SHOHL LLP
255 East Fifth Street
Suite 1900
Cincinnati, OH 45202
  kim.lewis@dinsmore.com
  allie.horwitz@dinsmore.com
*Counsel to Defendants, Murray Energy Corp. and Murray Energy Holdings Co.*

Nicole L. Greenblatt
Mark McKane (*pro hac vice*)
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL
  LLP
601 Lexington Avenue
New York, NY 10022
  nicole.greenblatt@kirkland.com
  mmckane@kirkland.com
*Counsel to Defendants, Murray Energy Corp. and Murray Energy Holdings Co.*

Ross M. Kwasteniet (*pro hac vice*)
Joseph M. Graham (*pro hac vice*)
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL
  LLP
300 North LaSalle
Chicago, IL 60654
  ross.kwasteniet@kirkland.com
  joe.graham@kirkland.com
*Counsel to Defendants, Murray Energy Corp. and Murray Energy Holdings Co.*

Michael P. Esser (*pro hac vice*)
Joy M. Dineo (*pro hac vice*)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
  michael.esser@kirkland.com
  joy.dineo@kirkland.com
*Counsel to Defendants, Murray Energy Corp. and Murray Energy Holdings Co.*

Robert C. Folland
Kyle R. Gerlach
BARNES & THORNBURG LLP
41 South High Street, Suite 3300
Columbus, OH 43215-6104
  rob.folland@btlaw.com
  kyle.gerlach@btlaw.com
*Counsel to U.S. Bank, N.A., as Collateral Trustee*

CO\6389544.2

Eric Lopez Schnabel (*pro hac vice*)
Alessandra Glorioso (*pro hac vice*)
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, NY  10019
  schnabel.eric@dorsey.com
  glorioso.alessandra@dorsey.com
*Counsel to U.S. Bank, N.A.,*
*as Collateral Trustee*